UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASON KENT,

        Petitioner,

v.                                    CASE NO. 6:06-cv-883-Orl-22DAB

JAMES R. MCDONOUGH, et al.,

        Respondents.

## ORDER

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. § 2254. The Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus (Doc. No. 1) contains an addendum to the petition. The Clerk of the Court is hereby directed to file the **Addendum to Petition for Writ of Habeas Corpus** (Doc. No. 1 at 16-30) as a separate docket entry.

**DONE AND ORDERED** in Chambers at Orlando, Florida this 29th day of June, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
sc 6/29
Counsel of Record

Dockets.Justia.com